## Commonwealth ex rel. Jones, Appellant, v. Myers.

 Submitted June 14, 1965. *Levi Allen Jones,* appellant, in propria persona; *John S. Halstead,* Assistant District Attorney, and *A. Alfred Delduco,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Mazewski, Appellant, v. Myers.

Order affirmed.

JACOBS and HOFFMAN, JJ., dissented.

August 2, 1965

## Commonwealth ex rel. Macklin, Appellant, v. Maroney.

 Submitted June 14, 1965. *Kenneth Macklin,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.